October 8, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

ROBERT SAUNDERS, INDIVIDUALLY AND D/B/A SA-CO PLUMBING,
Appellant

NO. 14-15-00297-CV                     V.

STATE FARM LLOYDS AS SUBROGEE OF BLAKE MONTGOMERY,
Appellee

_____

This cause, an appeal from the judgment in favor of appellee, State Farm Lloyds as Subrogee of Blake Montgomery, signed, September 15, 2014, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, State Farm Lloyds as Subrogee of Blake Montgomery.

We further order this decision certified below for observance.